**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1318

LISA RENIA CYPRESS,

Plaintiff - Appellant,

v.

PNC BANK, N.A.; NORTHAMPTON COUNTY BOARD OF SUPERVISORS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Elizabeth W. Hanes, District Judge.  (2:21-cv-00373-EWH-RJK)

Submitted:  July 25, 2023                        Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lisa Renia Cypress, Appellant Pro Se.  Christopher Anthony Hatfield, Daniel J. Tobin, BALLARD SPAHR, LLP, Washington, D.C.; Michelle Workman Clayton, NORTHAMPTON COUNTY BOARD OF SUPERVISORS, Eastville, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Renia Cypress appeals the district court's order dismissing her civil action against Defendants PNC Bank and the Northampton County Board of Supervisors. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cypress v. PNC Bank, N.A.*, No. 2:21-cv-00373-EWH-RJK (E.D. Va. Mar. 17, 2023). We deny Cypress' motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*